No. 86–5649. MICHAELS v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5658. DOMINA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5673. HASSAIN v. JOHNSON. C. A. 9th Cir. Certiorari denied.

No. 86–5681. KOVACS v. MERIT SYSTEMS PROTECTION BOARD. C. A. Fed. Cir. Certiorari denied.

No. 86–5688. ELLISON v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 86–5695. WEBB v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5721. BUNCH v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5724. TAUVAR v. BAR HARBOR CONGREGATION OF JEHOVAH'S WITNESSES, INC., ET AL. C. A. 1st Cir. Certiorari denied.

No. 86–5735. HUBBARD v. ONION. C. A. 5th Cir. Certiorari denied.

No. 86–5743. TOWNES v. BRASHER ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5748. SHEWCHUN v. NEESE ET AL. C. A. 11th Cir. Certiorari denied.

No. 86–5750. LUCIEN v. CHRANS, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 86–5753. HARVEY v. TORRES ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5757. ROYAL v. EXXON U. S. A. CHEMICAL DEPARTMENT. C. A. 5th Cir. Certiorari denied.

No. 86–5759. RIVERA v. NEW YORK. App. Div., Sup. Ct. N. Y., 4th Jud. Dept. Certiorari denied.